**People of the State of Illinois, Appellee, v. Lawrence McCord, Appellant.**

**Gen. No. 52,877.** 

First District, Third Division.

September 11, 1969.

 Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. **Not to be published in full.**